AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

**SAND CREEK PARTNERS, LTD.,**
**WILLIAM L. BERGMAN, &**
**LARRY BORTLES,**
     **PLAINTIFFS,**

**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**

V.

CIVIL ACTION NUMBER: 89-CV-00732-JLK-CBS

**AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATION OF COLORADO,**
**RESOLUTION TRUST CORPORATION RECEIVER FOR**
**AMERICAN SAVINGS OF COLORADO,**
     **DEFENDANT AND THIRD-PARTY PLAINTIFFS,**

## 2:11-ms-00046-NA

I, Gregory C. Langham _____ CLERK of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on January 7, 1991, as

(Date)

it appears in the records of this court, and that

** no notice of appeal from the judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed. Note: judgment was revived and entered on January 20, 2011.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of the Court.

GREGORY C. LANGHAM, CLERK

April 11, 2011
(Date)

(Clerk)

(By) Deputy Clerk

** Insert the appropriate language:........"no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."........"no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."........"an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."........" an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 89-cv-00732-JLK-CBS

SAND CREEK PARTNERS, LTD.,
WILLIAM L. BERGMAN,
LARRY BORTLES,

    Plaintiffs,

v.

AMERICAN FEDERAL SAVINGS AND LOAN
ASSOCIATION OF COLORADO, RESOLUTION TRUST CORPORATION RECEIVER
FOR AMERICAN SAVINGS OF COLORADO,

    Defendant and Third-Party Plaintiffs,

vs.

LEINANI K. BORTLES AND H.K. BRUSS KEPPLER,

    Third-Party Defendants, and

THE CADLE COMPANY,

    Interested Party.

## REVIVED JUDGMENT

Pursuant to the Court's Order granting the Motion to Revive Judgments, [Docket No. 166], and entered by the Honorable United States Magistrate Judge Craig B. Shaffer, *nunc pro tunc* to be effective January 7, 2011,

IT IS HEREBY ORDERED that:

    1. Judgment [Docket No. 18] originally entered by the Court, the Honorable Jim

R. Carrigan, presiding, on January 7, 1991, is hereby revived effective January 7, 2011, to the extent described herein.

Defendants' Motion for Summary Judgment as to their counterclaims is granted. Plaintiffs are ordered to pay the Defendants principal amount of $2,878,910.65 and interest and late charges in the amount of $742,002.39; that interest accrue at the legal rate of 7.02% per annum from the date of entry of this judgment and Plaintiffs pay the Defendants reasonable attorney fees and costs; and

2. Judgment [Docket No. 98] originally entered by the court on August 25, 1992, is hereby revived effective January 7, 2011, to the extent described herein.

Judgment is entered in favor of the Resolution Trust Corporation and against the Plaintiff Larry L. Bortles and the Third Party Defendant Leinani K. Bortles in the amount of $954,375.00 on the RTC's fraudulent conveyance claim plus $18,213.00 in costs and attorneys' fees; that this judgment shall accrue interest at the rate of 3.41% per annum from the date of entry of this judgment.

3. The post-judgment interest rates applicable at the time of entry of each of the judgments [Docket Nos. 18 and 98] remain in force and effect.

DATED at Denver, Colorado, this __20th__ day of January, 2011.

FOR THE COURT:
Gregory C. Langham, Clerk

By: _s/ Edward P. Butler_
    Edward Butler, Deputy Clerk