# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### ***

SAND CREEK PARTNERS, LTD.,

                Plaintiff,

vs.

AMERICAN FEDERAL SAVINGS AND LOAN
ASSOCIATION OF COLORADO, *et al.*,

                Defendants.

Case No. 2:14–cv–444–GMN–VCF

**<u>ORDER</u>**

Before the court is Cadle Company's Motion for Aid regarding a Writ of Execution (#16). Sand Creek Partners filed a response (#19); and Cadle Company replied (#20). For the reasons stated below, the court orders further briefing on whether the statute of limitations precludes the Cadle Company from executing its judgment.

Federal Rule of Civil Procedure 69 governs the execution of judgments. Rule 69(a)(1) states that "[t]he procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."

Here, judgment was entered on January 7, 1991. The parties have not cited an applicable federal statute that would permit the execution of a judgment twenty-three years after judgment is entered. In Nevada, judgments are subject to a six year statute of limitations. Nev. Rev. Stat. 11.190(1).

Therefore, the Cadle Company is ordered to file a Supplemental Motion for Aid regarding a Writ of Execution by December 1, 2014, which explains how a federal or state statute permits it to execute judgment twenty-three years after entry. The Cadle Company's motion will be briefed in the ordinary course. *See* LR 7-2.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Cadle Company must file a Supplement Motion on the issue discussed above by December 1, 2014.

DATED this 17th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE