J. MITCHELL COBEAGA, ESQ.
Nevada Bar No.: 00177
JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
THE COBEAGA LAW FIRM
550 East Charleston Blvd., Suite D
Las Vegas, Nevada 89104
Tel No.: (702) 240-2499
Fax No.: (702) 240-2489
mcobeaga@cotomlaw.com
jgeorge@cotomlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAND CREEK PARTNERS, LTD., WILLIAM L. BERGMAN & LARRY BORTLES<br><br>Plaintiffs<br><br>vs.<br><br>AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATE OF COLORADO RESOLUTION TRUST CORPORATION RECEIVERS FOR AMERICAN SAVINGS OF COLORADO<br><br>Defendants/Third Party Plaintiff | Case No.: 2:14-CV-00444-GMN-VCF |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

COMES NOW, J. MITCHELL COBEAGA, ESQ., and JOHN GEORGE, ESQ., of The Cobeaga Law Firm, and hereby move the above-entitled Court for an order allowing J. Mitchell Cobeaga, Esq. and Larry Bortles to appear telephonically at the hearing on the Renewed Motion to Compel Testimony and Production of Documents Pursuant to Judgment Debtor Examination Stipulation and Order (#12) and FRCP 37 (#39) and Motion to Withdraw as Counsel (#31) that is presently scheduled for 10:00 a.m. on April 14, 2015.

///

///

///

This motion is made and based upon the pleadings and papers on file in the action, the affidavit attached hereto, and any oral argument which may be presented at a hearing that the Court may set.

DATED this 31 day of March, 2015.

THE COBEAGA LAW FIRM

J. MITCHELL COBEAGA, ESQ.
Nevada Bar No. 0177
JOHN G. GEORGE, ESQ.
Nevada Bar No.: 12380
550 E. Charleston Blvd., Suite D
Las Vegas, NV 89104
Attorney for Plaintiffs

**MEMORANDUM OF POINTS AND AUTHORITIES**
**I.**
**STATEMENT OF CASE**

Defendants' filed their Renewed Motion to Compel Testimony and Production of Documents Pursuant to Judgment Debtor Examination Stipulation and Order (#12) on February 20, 2015. Counsel for Plaintiff, Larry Bortels, and Larry Bortles agreed prior to the filing of this Motion, that it would be in the best interests of both Larry Bortles, The Cobeaga Law Firm, and John George, Esq., to withdraw. Counsel filed its Motion to Withdraw as Attorney (#31) on March 12, 2015, and same was set for hearing at the same time as Defendants' Motion, on April 14, 2015, at 10:00 a.m.

In between the end of February, 2015 and now, J. Mitchell Cobeaga, Esq., has had a down turn in his physical health, was hospitalized for over a week, and since being discharged, has had mobility issues.

Plaintiff, Larry Bortles, as advised in the Motion to Withdraw as Attorney (#31), has relocated to Canada. Due to the fact that this hearing will be very brief and Mr. Bortles already has pre-existing obligations in Canada, Mr. Bortles will have an extremely difficult time traveling back and forth from Canada to Las Vegas.

/ / /

/ / /

Staff for Mr. Cobeaga's office contacted Chambers, and Chambers advised to file this instant Motion.

Mr. Cobeaga and Mr. Bortles both request permission to appear telephonically at the April 14, 2015 hearing, and any such telephonic appearance will not prejudice any party hereto.

Accordingly, J. MITCHELL COBEAGA, ESQ., and Larry Bortles respectfully request to appear telephonically at the April 14, 2015 hearing.

DATED 3/ of March, 2015.

THE COBEAGA LAW FIRM

/s/ J. Mitchell Cobeaga

J. MITCHELL COBEAGA, ESQ.
Nevada Bar No. 0177
JOHN G. GEORGE, ESQ.
Nevada Bar No.: 12380
550 E. Charleston Blvd., Suite D
Las Vegas, NV 89104
Attorney for Plaintiff

### AFFIDAVIT OF J. MITCHELL COBEAGA, ESQ., IN SUPPORT OF MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

STATE OF NEVADA    )
                   )ss:
COUNTY OF CLARK    )

J. MITCHELL COBEAGA, ESQ., being first duly sworn, deposes, and states:

1.  Affiant is still the attorney of record for Larry Bortles in the above matter, and have spoken to him regarding the pending hearing. Mr. Bortles presently resides in Alberta, Canada, and has advised Affiant that it would be a great hardship and a financial burden to travel to Las Vegas for what should be a rather brief proceeding. Affiant believes that there would be no difficulty in having Mr. Bortles available by telephone to answer any questions the Court or counsel might have;

2.  Affiant has been plagued by a series of medical problems for the last several months, and was hospitalized from February 22, 2015 through March 2, 2015, with a series of serious infections and complications arising therefrom. Since leaving the hospital Affiant has had further episodes and is severely limited in his ability to ambulate, and is presently using a walker full time;

/ / /

/ / /

3. As a result of the physical problems, which actually began in May, 2013, Affiant is cutting back dramatically on his practice, and is primarily taking on only mediations and arbitrations which can be performed in an office or conference room setting;

4. While Affiant absolutely loves the Lloyd George Court building, it is not user friendly for handicapped individuals having trouble walking. It is a real challenge to get from street level to the court room. If necessary, I can do it, but I would certainly prefer appearing by telephone;

5. Further, Affiant has been advised by Assly Sayyar, attorney for The Cadle Company, that she will not be opposing the Motion to Withdraw. Accordingly, my presence is not required on that issue;

6. Attorney John George has been associated in the representation of Mr. Bortles for several years and is primarily responsible for both legal issues which have arisen. Mr. George will be available at the time of the hearing and will be there to answer any questions Court or counsel might have; and

7. Accordingly, Affiant respectfully requests that both Mr. Bortles and Affiant be allowed to attend the pending hearing by telephone.

FURTHER AFFIANT SAYETH NAUGHT.

J. MITCHELL COBEAGA, ESQ.

SUBSCRIBED and SWORN to before me this 31 day of March, 2015.

NOTARY PUBLIC in and for said County and State.

ANNA MARIE TALBERT-TROLLER
Notary Public, State of Nevada
Appointment No. 02-76170-1
My Appt. Expires May 27, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on this  31  day of March, 2015, I caused to be served a true and correct copy of the foregoing **MOTION FOR LEAVE TO APPEAR TELEPHONICALLY** by electronic service (via Case Management/Electronic Case Filing). Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

James R. Adams, Esq.
Assly Sayyar, Esq.
ADAMS LAW GROUP, LTD.
8010 w. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Attorneys for Judgment/Creditor/
*Successor in Interest The Cadle Company*

_____
An Employee of The Cobeaga Law Firm

IT IS HEREBY ORDERED that the motion for leave to appear telephonically (#33) is GRANTED.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  April 2, 2015

THE COBEAGA LAW FIRM
ATTORNEYS & COUNSELORS AT LAW
550 East Charleston Blvd., Suite D
Las Vegas, Nevada 89104
Tel (702) 240-2499
Fax (702) 240-2489