UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAND CREEK PARTNERS, LTD, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATION OF COLORADO, *et al.*,<br><br>    Defendants. | Case No. 2:14-cv-00444-GMN-VCF<br><br>ORDER TO QUASH BENCH WARRANT AS TO LARRY BORTLES |

The record in the above-entitled action reflects that on March 2, 2016, a bench warrant was issued for the arrest of Defendant Larry Bortles for contempt of court, (ECF No. 59).

On August 10, 2018, the United States Marshal Service advised the Clerk's Office for the District of Nevada that they had not been able to locate and identify Defendant to effect an arrest.

On August 16, 2018, this Court entered a Minute Order, (ECF No. 71), directing the parties to show cause no later than 4:00 p.m. on August 31, 2018, as to why the warrant should not be quashed. To date, there has been no response to the Order to Show Cause.

Accordingly,

**IT IS HEREBY ORDERED** that the Bench Warrant, (ECF No. 59), for Defendant Larry Bortles is **QUASHED**.

Dated this __10__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court